UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Andrew N. White, | ) |
|     Petitioner, | ) ) ) |
|         v. | )   Civil Action No. 05-1811 (JDB) ) |
| U.S. Parole Commission, | ) ) |
|     Respondent. | ) |

ORDER DIRECTING RESPONDENT TO SHOW CAUSE

Petitioner has filed a petition for writ of habeas corpus. It is

ORDERED that respondent, by counsel, shall, within 30 days of service of a copy of this Order and the Petition, file with this Court and serve on the petitioner a statement showing why a Writ of Habeas Corpus should not issue.

The Clerk of Court is directed to furnish a copy of the Petition and a certified copy of this Order to the United States Marshal for the purpose of making service of same on petitioner's warden, the United States Parole Commission, and the United States Attorney for the District of Columbia.

_____
JOHN D. BATES
United States District Judge

DATE:  September 16, 2005