UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW N. WHITE,<br><br>    Petitioner,<br><br>    v.<br><br>U.S. PAROLE COMMISSION,<br><br>    Respondent. | Civil Action No. 05-1811 (JDB) |

### ORDER

On September 16, 2005, this Court issued an Order to Show Cause. As of this date, the order has not been served on respondent and the United States Attorney's Office for the District of Columbia. Accordingly it is

**ORDERED** that the United States Marshal's Office effect service of the Order to Show Cause on respondent and the United States Attorney's Office for the District of Columbia forthwith.

JOHN D. BATES<br>
United States District Judge

Dated: October 24, 2005

-1-