### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW WHITE | : |
| | : 05-CV-1811 |
| v. | : |
| | : |
| US PAROLE COMMISSION | : |
| | : |

### Notice of Appearance

Would the Clerk of the Court please notice the appearance of Jenifer Wicks as counsel for the plaintiff.

Respectfully submitted,

_____
JENIFER WICKS
DC Bar 465476
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW, Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile: (202) 478-0867
Email: JWicksLaw@aol.com