**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ANDREW N. WHITE** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 05-1811 (JDB)** |
| | ) | |
| **UNITED STATES PAROLE** | ) | |
| **COMMISSION,** | ) | |
| | ) | |
| **Respondent.** | ) | |

**NOTICE OF APPEARANCE**

The United States Parole Commission, by and through its attorney, the United States Attorney's Office for the District of Columbia, hereby informs the Court that Assistant United States Attorney Geoffrey Carter will serve as counsel of record on behalf of the United States Parole Commission in the above-captioned case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

ROBERT D. OKUN (D.C. Bar No. 457-078)
Chief, Special Proceedings Section

_____/s/_____
GEOFFREY CARTER (D.C. Bar No. 460-971)
Assistant United States Attorney
Special Proceedings Section
555 Fourth Street, N.W., Tenth Floor
Washington, D.C. 20530
(202) 305-1845

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th  day of November, 2005, a copy of the foregoing pleading was served via the United States District Court's Electronic Case Filing program to counsel for Petitioner, Jenifer Wicks, Esq., The Webster Building, 503 D St., NW, Suite 250A, Washington, DC 20001.


       /s/ Geoffrey Carter

ASSISTANT UNITED STATES ATTORNEY