# Exhibit 1

```
5H    PAR1G  540*23  *      SENTENCE MONITORING       *    05-12-2005
 PAGE 001         *          COMPUTATION DATA         *    16:24:26
                              AS OF 07-27-2004

REGNO..: 27485-016  NAME: WHITE, ANDREW


FBI NO............: 501278G          DATE OF BIRTH:
ARS1..............: RIV/PAROLE
UNIT..............:                   QUARTERS.....:
DETAINERS.........: NO                NOTIFICATIONS: NO

PRE-RELEASE PREPARATION DATE: 07-19-2004

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  07-27-2004 VIA PAROLE

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: DIST OF COLUMBIA, SUPERIOR CRT
DOCKET NUMBER....................: 34691-74
JUDGE............................: MOULTRIE
DATE SENTENCED/PROBATION IMPOSED: 01-22-1975
DATE WARRANT ISSUED..............: 04-20-2004
DATE WARRANT EXECUTED............: 04-28-2004
DATE COMMITTED...................: 06-08-2004
HOW COMMITTED....................: RETURN OF PAROLE VIOLATOR
PROBATION IMPOSED................: NO
SPECIAL PAROLE TERM..............:

RESTITUTION...:  PROPERTY:  NO   SERVICES:   NO        AMOUNT: $00.00

-----------------------PRIOR OBLIGATION NO: 010 -----------------------
OFFENSE CODE....: 644
OFF/CHG: ATTEMPTED ROBBERY, ARMED ROBBERY, ROBBERY (2 CTS.)

  SENTENCE PROCEDURE..............: DC CODE ADULT
  SENTENCE IMPOSED/TIME TO SERVE.:    30 YEARS
  NEW SENTENCE IMPOSED............: 5263 DAYS
  BASIS FOR CHANGE................: PAROLE VIOLATOR WARRANT EXEC
  DATE OF OFFENSE.................: 02-28-1974




G0002         MORE PAGES TO FOLLOW . . .
```

```
5H      PAR1G   540*23 *         SENTENCE MONITORING        *      05-12-2005
PAGE 002 OF 002 *                COMPUTATION DATA            *      16:24:26
                                 AS OF 07-27-2004
```

REGNO..: 27485-016 NAME: WHITE, ANDREW

------------------------------PRIOR COMPUTATION NO: 010 ----------------------

COMPUTATION 010 WAS LAST UPDATED ON 06-10-2004 AT CRO AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 010:   010 010

```
DATE COMPUTATION BEGAN..........: 04-28-2004
TOTAL TERM IN EFFECT............: 5263 DAYS
TOTAL TERM IN EFFECT CONVERTED..:   14 YEARS       4 MONTHS      28 DAYS
EARLIEST DATE OF OFFENSE........: 02-28-1974

JAIL CREDIT.....................: FROM DATE      THRU DATE
                                  04-27-2004     04-27-2004

TOTAL JAIL CREDIT TIME..........: 1
TOTAL INOPERATIVE TIME..........: 0
STATUTORY GOOD TIME RATE........: 10
TOTAL SGT POSSIBLE..............: 1729
PAROLE ELIGIBILITY..............: COMMISSION'S DISCRETION
STATUTORY RELEASE DATE..........: 12-29-2013
TWO THIRDS DATE.................: N/A
180 DAY DATE....................: 03-27-2018
EXPIRATION FULL TERM DATE.......: 09-23-2018

PAROLE EFFECTIVE................: 07-27-2004
PAROLE EFF VERIFICATION DATE....: 05-27-2004
NEXT PAROLE HEARING DATE........: UNKNOWN
TYPE OF HEARING.................: UNKNOWN

ACTUAL SATISFACTION DATE........: 07-27-2004
ACTUAL SATISFACTION METHOD......: PAROLE
ACTUAL SATISFACTION FACILITY....: RIV
ACTUAL SATISFACTION KEYED BY....: JWW

DAYS REMAINING..................: 5171
FINAL PUBLIC LAW DAYS...........: 0
```

REMARKS.......: COMPUTED WITHOUT DC FILE DUE TO SHORT PAROLE DATE.  MATERIALS
                USED FURNISHED BY PAROLE COMMISSION.06-15-2004
                COMP CERTIFIED BY DC RECORDS CENTER 6/14/2004.


5H
S0039       ALL CURRENT COMPS ARE SATISFIED