# Exhibit 3




# The Board of Parole
## of the
## District of Columbia

### NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 177-989     NAME ANDREW N WHITE

DOB ▮▮▮▮▮     SSN ▮▮▮▮▮     LOCATION OCCOQUAN FACILT

DOCKET H9105-0088     CONSIDERATION TYPE H:REVOCATION

The District of Columbia Board of Parole issues the following ORDER:

REVOKE PAROLE FOR NONCRIMINAL VIOLATION(S); GRANT REPAROLE THROUGH WORK RELEASE TO SUPERVISION ON OR AFTER 08/24/1991

Implementation of this Order shall include the following:
Special Conditions of Parole

NARCOTICS SURVEILLANCE
OUTPATIENT DRUG PROGRAM

Remarks:

FAILED TO CARRY OUT PO INSTRUCTIONS



06/03/1991
Date

6-13-91
NOA Date     Seal     by

Division Director
Parole Determination Services

[ Parole Determination File ]

3