# Exhibit 5

    

# The Board of Parole
## of the
## District of Columbia

## NOTICE OF BOARD ORDER

Order # 1 of 1

In reference to:

DCDC 177-989     NAME ANDREW N WHITE

DOB ▮▮▮▮     SSN ▮▮▮▮     LOCATION OCCOQUAN FACILT

DOCKET H9211-0049     CONSIDERATION TYPE H:REVOCATION

The District of Columbia Board of Parole issues the following **ORDER:**

REVOKE PAROLE FOR NONCRIMINAL VIOLATION(S); GRANT REPAROLE TO SUPERVISION

---

Implementation of this Order shall include the following:
Special Conditions of Parole

INPATIENT DRUG PROGRAM [New Beginnings/Melwood]

Remarks:

NONCOMPLIANCE: OUTPAT DRUG PROG
FAILED TO REPORT AS DIRECTED

11/23/1992
Date

_Erias A Hyman-b_
Chairman
on behalf of the Board of Parole

Seal

NOA Date 12-4-92 by _Clayton_

M.J. Wms. 12-3-92

[ Parole Determination File ]
COLEMAN, C

5