# Exhibit 7

U.S. Department of Justice  
United States Parole Commission  
5550 Friendship Boulevard  
Chevy Chase, Maryland 20815-7201

Notice of Action

| | |
|---|---|
| Name: WHITE, Andrew | Institution: D.C. CCM/CTF |
| Register Number: 27485-016 | |
| DCDC No: 177-989 | Date: May 27, 2004 |

In the case of the above-named, the following parole action was ordered:

### DC Local Revocation:

Revoke parole. None of the time spent on parole shall be credited. Re-parole effective July 27, 2004 after the service of 3 months.

NOTE: Pursuant to 28 C.F.R. §2.82, your parole effective date is contingent upon approval of your release plan by the Commission. Your release plan will be investigated by the D.C. Court Services and Offender Supervision Agency (CSOSA), which will submit a report to the Commission before a parole certificate can be delivered.

You shall be subject to the Special Drug Aftercare Condition which requires that you participate as instructed by your Supervision Officer in a program (inpatient or outpatient) approved by the D.C. Court Services and Offender Supervision Agency for the treatment of narcotic addiction or drug dependency. That program may include testing and examination to determine if you have reverted to the use of drugs. You shall also abstain from the use of alcohol and all other intoxicants during and after the course of treatment.

Also, it is requested the CSOSA place subject directly into the Saint HIDTA Drug Treatment Program following release on parole.

### FINDINGS OF FACT:

The Commission finds as a fact that you violated conditions of release as charged as indicated below:

Charge No. 1 - Use of Dangerous and Habit Forming Drugs

Basis for the above stated finding(s): Your admission.

Charge No. 2 - Failure to Submit to Drug Testing

Basis for the above stated finding(s): Your admission.

Charge No. 3 - Violation of Special Condition (DAPS)

Basis for the above stated finding(s): Testimony of Officer Erafeg at Revocation Hearing of May 13, 2004, violation report dated April 7, 2004 from CSO Erafeg and discharge summary dated September 22, 2003 from Safe Haven Residential Program.

---

White 27485-016                                    -1-                              Clerk: ADC  
Queued: 05-27-2004 09:13:20 BOP-D.C. CCM | USM-District of Columbia - District Court, D.C. District Court | FPD-District of Columbia, District of Columbia - DC |

7

Charge No. 4 - Violation of Special Condition (DAPS)

Basis for the above stated finding(s): Testimony of Officer Erafeg at Revocation Hearing of May 13, 2004 and information in violation report dated April 7, 2004.

Charge No. 5 - Failure to Report to Community Supervision Officer as Directed

Basis for the above stated finding(s): Your admission.

REASONS:

Your parole violation behavior has been rated as Category One severity because it involved administrative violation(s). Your salient factor score is 10. See the attached sheet for an explanation of your individual Salient Factor Score items. The table at the bottom presents the points for Salient Factor Score Item C. As of your hearing date of May 13, 2004, you have been in confinement as a result of your violation behavior for a total of 1 month(s). Guidelines established by the Commission indicate a customary range of 0-4 months to be served before release. After review of all relevant factors and information, a departure from the guidelines at this consideration is not warranted.

The above decision is not appealable.

Copies of this Notice are sent to your institution and to your supervising officer. In certain cases, copies may also be sent to the sentencing court. You are responsible for advising any others you wish to notify.

cc: U.S. Marshals Service
District of Columbia - District Court
333 Constitution Avenue, N.W.
Room 1400
Washington, D.C. 20001
Attn: Karen Brown

O. Moyd
Public Defender Service
District of Columbia
Special Proceedings Division
633 Indiana Avenue, N.W.
Washington, D.C. 20004

Sharon Barnes-Durbin, SCSA
CSS Data Management Group
D.C. Court Services & Offender Supervision Agency
300 Indiana Avenue, N.W., Suite 2149
Washington, D.C. 20001

## SALIENT FACTOR SCORE (SFS-98)

| Your Pts | Salient Factor Score (SFS-98) Item Explanations |
|---|---|
| 3 | A - Prior convictions/adjudications (adult or juvenile) None = 3; One = 2; Two or three = 1; Four or more = 0 |
| 2 | B - Prior commitments of more than thirty days (adult or juvenile) None = 2; One or two = 1; Three or more = 0 |
| 3 | C - Age at commencement of the current offense/prior commitments of more than thirty days (adult or juvenile) (see table below for an explanation) |
| 1 | D - Recent commitment free period (three years) No prior commitment of more than thirty days (adult or juvenile), or released to the community from last such commitment at least three years prior to the commencement of the current offense = 1; Otherwise = 0 |
| 0 | E - Probation/parole/confinement/escape status violator this time Neither on probation, parole, confinement, or escape status at the time of the current offense; nor committed as a probation, parole, confinement or escape status violator this time = 1; Otherwise = 0 |
| 1 | F - Older offenders If the offender was 41 years or more at the commencement of the current offense (and the total score from Items A-E above is 9 or less) = 1; Otherwise = 0 |
| 10 | Salient Factor Score (SFS-98) (sum of points for A-F above) |



Points for SFS Item C

| Age | Prior Commitments 0-3 | 4 | 5+ |
|---|---|---|---|
| 26 & Up | 3 | 2 | 1 |
| 22-25 | 2 | 1 | 0 |
| 20-21 | 1 | 0 | 0 |
| 0-19 | 0 | 0 | 0 |