# Exhibit 9

4 11:06AM  FROM-RIVERS UNIT D                2523565513            T-449  P.002/006  F-699

2-S713.050 REQUEST FOR PAROLE CERTIFICATES   CDFRM Second Request
MAY 2001
U.S. DEPARTMENT OF JUSTICE                          FEDERAL BUREAU OF PRISONS

# REQUEST FOR PAROLE CERTIFICATES

| TO: Case Analyst U.S. Parole Commission 5550 Friendship Blvd, Suite 420 Chevy Chase, MD 20815-7201 | Institution or location: (Address, code, and phone number) Rivers Correctional Institution PO Box 840 Winton, NC 27986 252-358-5200 | Date 07-22-2004 |
|---|---|---|

| 1. Inmate Name WHITE, ANDREW | 2. Register Number 27485-016 |
|---|---|

| 3. Parole effective Date 07-27-2004 | 4. Full Term Expiration Date 09-23-2018 |
|---|---|

| 5. Residence Rivers Correctional Institution PO Box 840 Winton, NC 27986 | 6. Employment Plans to seek employment once released |
|---|---|

7. Advisor:

| 8. Special Condition(s) N/A | 9. Victim/Witness Notification Not a VWP case |
|---|---|

| 10. Committed Fine Status Financial Responsibility No Obligation | 11. Restitution None |
|---|---|

12. Detainer Status None

| 13. Plan Verified by T. Ingram | 14. Chief, U.S. Probation Officer N/A |
|---|---|

| 15. District of Verification District Of Columbia | 16. City and State of Verification Washington, DC |
|---|---|

| 17. Has the inmate received additional incident reports since the last parole hearing? | No X | Yes | If yes, attach a copy of report(s). |
|---|---|---|---|

| 18. From: T. L. Copeland, Case Manager | Tina L. Roberts Case Management Coordinator |
|---|---|

*  Allow 30 days prior to the parole effective date for processing.
*  Attach a copy of the U.S. Probation Officer's Plan approval letter.
*  Attach a copy of the current progress report.
*  Attach a copy of any progress report prepared since the last parole hearing
   (if not incorporated into the current progress report.
*  Attach copies of incident report(s) if appropriate.

(This form may be replicated via WP)                    Central File, Section 5

9