# Exhibit 11

Case 1:05-cv-01811-JDB   Document 7-12   Filed 11/30/2005   Page 1 of 3

# WARRANT
## D.C. Code Offender

U.S. Department of Justice
United States Parole Commission

To the U.S. Marshal or Any Federal or District of Columbia Officer Authorized to Serve Criminal Process Within the United States:

WHEREAS, White, Andrew, Reg. No. 27485-016, DCDC No. 177-989, was sentenced by the Superior Court of the District of Columbia or the United States District Court to serve a sentence of 30 years (Original); 5263 days for the crime of Attempted Robbery; Armed Robbery; Robbery and was on July 27, 2004 released on parole from Rivers Correctional Institution with 5171 days remaining to be served;

AND, WHEREAS, reliable information has been presented to the undersigned Member of this Commission that said released prisoner named in this warrant has violated one or more conditions of his release;

NOW, THEREFORE, this is to command you by the authority of §§24-205, 24-131, and 24-133 of the District of Columbia Code, to execute this warrant by taking the above-named, wherever found in the United States, and hold him in your custody either until he is released by order of the Parole Commission, or until you are authorized to transport him for further custody.

WITNESS my hand and the seal on May 17, 2005

*[signature]*  5/18/05
U.S. Parole Commissioner

---

White, Andrew
Reg. No. 27485-016    DCDC No. 177-989

11

WARRANT For Return Of Prisoner Released To Supervision

Name: White, Andrew                              Institution: Rivers Correctional Institution
Reg. No. 27485-016                               DCDC No. 177-989

---

UNITED STATES MARSHAL'S RETURN TO UNITED STATES PAROLE COMMISSION

NOTE: Do not execute this warrant if the subject is being held in custody on other federal, state or local charges, unless otherwise ordered by the Commission. (See instructions on accompanying memorandum.)

_____ District of _____CCZ_____ ss:

Received this writ the __14__ day of __May__, 20_05_ and executed same by arresting the within-named __Andrew White__ this __7th__ day of __June__, 20_05_, at __2AEZ__ and committing him to __DC JAIL__

_____George Walsh_____
U.S. Marshal

_____Kenneth Kerby_____
Deputy Marshal

Further executed same by committing him to _____
at _____ on _____, 20_____, the institution designated by the Attorney General, with the copy of the warrant and warrant application.

_____
U.S. Marshal

_____
Deputy Marshal

NOTE: The original of this warrant is to be returned to the U.S. Parole Commission, 5550 Friendship Boulevard, Chevy Chase, Maryland 20815.

ACKNOWLEDGEMENT OF SERVICE:

I have received a copy of the warrant application dated __May 17, 2005__

_____Andrew White_____                           __June 9, 2005__
Prisoner's Signature                              Date

(If prisoner refuses to sign, Marshal should so indicate.)

---

White, Andrew
R    No. 27485-016    DCDC No. 177-989