UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDREW WHITE,**<br><br>    Petitioner,<br><br>        v.<br><br>**UNITED STATES PAROLE COMMISSION,**<br><br>    Respondent. | Civil Action No. 05-1811 (JDB) |

## ORDER

In accordance with the Memorandum Opinion issued this 23rd day of December, 2005, it is

    **ORDERED** that the petition for writ of habeas corpus is **DENIED**. It is

    **FURTHER ORDERED** that the case is **DISMISSED**.

    This is a final appealable order. *See* Fed. R. App. P. 4(a).

                                              _____
                                                      JOHN D. BATES
                                                 United States District Judge