# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_Andrew White_

_____
Plaintiff

vs.

Civil Action No. _05-1811 (JDB)_

_US Parole Commission_

_____
Defendant

## NOTICE OF APPEAL

Notice is hereby given this _10th_ day of _January_ , 20 _06_ , that

_Andrew White_

hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from

the judgment of this Court entered on the _23rd_ day of _December_, 20 _05_

in favor of _US Parole Commission_

against said _.

_____
Attorney or Pro Se Litigant

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil
action must be filed within 30 days after the date of entry of judgment or 60 days if the United
States or officer or agency is a party)

**CLERK**    Please mail copies of the above Notice of Appeal to the following at the addresses
indicated:

_Robert Okun_
_USAO_
_555 - 4th St NW_
_Washington DC 20001_

RECEIVED

JAN 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT