UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDREW WHITE | : |
| | : 05-CV-1811 |
| v. | : |
| | : |
| US PAROLE COMMISSION | : |
| | : |

COUNSEL'S MOTION TO WITHDRAW

Counsel for the Appellant, Jenifer Wicks, respectfully moves this Court for permission to withdraw. In support of this motion, counsel states the following:

1. Undersigned counsel was retained to represent Mr. White regarding his parole matters. Upon request, counsel entered her appearance in this matter.

2. Appellant has notified counsel that he no longer wants her to represent him.

WHEREFORE for these reasons, counsel requests leave of the Court to withdraw her appearance.

Respectfully submitted,

_____/s/_____
JENIFER WICKS
The Law Offices of Jenifer Wicks
The Webster Building
503 D Street, N.W. Suite 250A
Washington, DC 20001
(202) 326-7100

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served by first class mail, postage prepaid this 21st day of March, 2006 upon:

Mr. Andrew White
27485-016
CI RIVERS
CORRECTIONAL INSTITUTION
P.O. BOX 630
WINTON, NC  27986

_____
Jenifer Wicks