**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDREW WHITE** | : |
| | :   **05-CV-1811** |
|     **v.** | : |
| | : |
| **US PAROLE COMMISSION** | : |
| | : |

**ORDER**

Upon consideration of Counsel's Motion to Withdraw and for good cause shown, it is this _____ day of March, 2006, hereby

ORDERED that the appearance of Jenifer Wicks for the plaintiff is STRICKEN and it is

FURTHER ORDERED that the Clerk's Office shall enter Mr. White's appearance again as *pro se*.

                                                                                                                                                  _____

C:
Mr. Andrew White
27485-016
CI RIVERS
CORRECTIONAL INSTITUTION
P.O. BOX 630
WINTON, NC  27986

3