PRAECIPE

# United States District Court
# for the District of Columbia

the __26TH__ day of __JUNE__ 19__2006__

ANDREW N. WHITE
vs.
UNITED STATES PAROLE COMMISSION

Civil / Criminal Action No. __05-1811(JDB)__ __06-5022__

The Clerk of said Court will __Change former address to present address of CCA/CTF 1901 E. Street N.W Washington, D.C. 20003__

Date: June 26th 2006

BAR IDENTIFICATION NO. Pro Se

Signature: [signed]
Print Name: ANDREW N. WHITE
Address: 1901 E Street, N.W.
City/State/Zip: Washington, D.C. 20003
Phone Number: (501) 505-2213

**CERTIFICATE OF SERVICE**

RECEIVED
JUN 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT