UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

AUG 0 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ANDREW N. WHITE,

Petitioner,

v.

U.S. PAROLE COMMISSION,

Respondent.

Civil Action No. 05-1811 (JDB)

(D.C. Cir. No. 06-5022)

## ORDER

Upon consideration of petitioner's motion for leave to proceed on appeal *in forma pauperis* and the July 26, 2006 Order of the United States Court of Appeals for the District of Columbia Circuit, it is hereby

**ORDERED** that the motion for leave to proceed on appeal *in forma pauperis* is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall transmit this Order to the Court of Appeals forthwith.

**SO ORDERED.**

_____
JOHN D. BATES
United States District Judge

Date: August 1, 2006

-1-

Copies to:

Andrew N. White, #27485-016
Rivers Correctional Institution
145 Parkers Fishery Road
Winton, NC 27986

Jenifer Wicks
Law Offices of Jenifer Wicks
503 D St., NW, Suite 250A
Washington, DC 20001

Geoffrey L.J. Carter
U.S. Attorney's Office
555 Fourth St., NW
Washington, DC 20004

Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
(App. No. 06-5022)