# United States District Court OF APPEAL

UNITED STATES DISTRICT FOR *Columbia*
FOR DISTRICT OF COLUMBIA CIRCUIT

ANDREW N. WHITE

Plaintiff

JUL 1 9 2006

RECEIVED

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

05 cv 01811-JDB

v.

UNITED STATES PAROLE Commission

Defendant

CASE NUMBER: 06-5022

I, ANDREW N. WHITE declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

ORIGINAL

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☑ Yes   ☐ No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration  CCA / CTF  1901 E Street, S.E

   Are you employed at the institution? NO   Do you receive any payment from the institution? NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   2003 - June / 20 hrs Aweek / $120 Weekly wages / Cleaning Service

3. In the past 12 twelve months have your received any money from any of the following sources? Money land line

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☑ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☑ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☑ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☑ No |
   | e. | Gifts or inheritances | ☐ Yes | ☑ No |
   | f. | Any other sources | ☐ Yes | ☑ No |

   RECEIVED

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

   JUL 2 0 2006

NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.  Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    *Joyce White / wife / contribute 0*

I declare under penalty of perjury that the above information is true and correct.

_7-10-06_
DATE

_____
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE

(incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ _154.14_ on account to his/her

credit at (name of institution) _____ I further certify

that the applicant has the following securities to his/her credit: _____

_____ I further certify that during the past six months the applicant's

average balance was $ _____

_____
DATE

_____
SIGNATURE OF AUTHORIZED OFFICER

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT



**No. 06-5022**                                    **September Term, 2005**

05cv01811

**Filed On:**

Andrew N. White,
      Appellant

   v.

United States Parole Commission,
      Appellee



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED   JUL 2 6 2006

CLERK

## ORDER

    It is **ORDERED**, on the court's own motion, that this case be held in abeyance pending the district court's resolution of appellant's motion for leave to proceed on appeal in forma pauperis.

    The Clerk is directed to transmit a copy of this order to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: _____
Nancy G. Dunn
Deputy Clerk